McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MINH-DUNG T. NGUYEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:07-CV-00348-FCD-CMK <br><br> STIPULATION AND ORDER |

    The parties hereby stipulate, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. This extension is necessary in order to provide further opportunity for review and analysis of this case and due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is August 22, 2007. The new due date will be September 21, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: *August 21, 2007* | /s/ *Minh-Dung T. Nguyen* <br> *(As authorized telephonically, August 21, 2007)* |
| Dated: *August 21, 2007* | McGREGOR W. SCOTT <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *Dennis J. Hanna* <br> DENNIS J. HANNA <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

August 23, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE